IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02820-ZLW

IVAN STAMPS,

    Plaintiff,

v.

BILL RITTER,

    Defendant.

## MINUTE ORDER

ORDER ENTERED BY SENIOR JUDGE ZITA LEESON WEINSHIENK

    Plaintiff's "Motion to Set Aside Order" filed on March 29, 2010, is DENIED.

Dated: March 30, 2010